```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 40632
    ELMER P ROBINSON
    BRIDGET M ROBINSON                         CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3681     SSN XXX-XX-3249


-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 11/02/2004 and was confirmed 01/05/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  15.72% from remaining funds.

    The case was paid in full 11/19/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE CURRENT MORTG          .00            .00           .00
AMERICAN EXPRESS TRAVEL  UNSECURED OTH       528.99            .00         82.87
AMERICAN EXPRESS TRAVEL  UNSECURED           1678.61           .00        263.91
AMERICAN EXPRESS TRAVEL  UNSECURED          11978.90           .00       1883.32
RESURGENT ACQUISITION LL UNSECURED           2391.77           .00        376.03
ECAST SETTLEMENT CORP    UNSECURED          16185.55           .00       2544.69
CARSON PIRIE SCOTT       UNSECURED         NOT FILED           .00           .00
RESURGENT ACQUISITION LL FILED LATE          2583.79           .00           .00
RESURGENT ACQUISITION LL UNSECURED            552.66           .00         86.89
ECAST SETTLEMENT CORP    UNSECURED            763.80           .00        120.08
CITIBANK PREFERRED VISA  UNSECURED         NOT FILED           .00           .00
RESURGENT ACQUISITION LL UNSECURED           5449.64           .00        856.79
CREDIT GUARD OF AMERICA  UNSECURED         NOT FILED           .00           .00
GE CARD SERVICES         UNSECURED         NOT FILED           .00           .00
ECAST SETTLEMENT CORP    UNSECURED            398.45           .00         62.64
ECAST SETTLEMENT CORP    UNSECURED           1932.36           .00        303.81
ECAST SETTLEMENT CORP    UNSECURED            808.51           .00        127.11
KEYSTONE ORTHOPEDIC SPEC UNSECURED         NOT FILED           .00           .00
KOHLS                    UNSECURED            625.15           .00         98.29
ECAST SETTLEMENT CORP    UNSECURED          10279.60           .00       1616.16
JC PENNEY                UNSECURED         NOT FILED           .00           .00
ECAST SETTLEMENT CORP    UNSECURED           2838.04           .00        446.20
SAMS CLUB                UNSECURED         NOT FILED           .00           .00
RESURGENT ACQUISITION LL UNSECURED           6711.64           .00       1055.20
RESURGENT ACQUISITION LL UNSECURED            679.87           .00        106.89
SUBURBAN HEIGHTS MEDICAL UNSECURED         NOT FILED           .00           .00
SULLIVAN URGENT AID      UNSECURED         NOT FILED           .00           .00
SO SUB COUNSEL ON ALCOHO UNSECURED            216.01           .00         33.96
ECAST SETTLEMENT CORP    UNSECURED           1323.74           .00        208.12
ECAST SETTLEMENT CORP    UNSECURED           1296.01           .00        203.76
CHASE MANHATTAN MORTGAGE COST OF COLLE        150.00           .00        150.00
ECAST SETTLEMENT CORP    UNSECURED            292.04           .00         45.91

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 40632 ELMER P ROBINSON & BRIDGET M ROBINSON
```

```
CHASE MANHATTAN MORTGAGE  NOTICE ONLY    NOT FILED              .00             .00
*SCHOTTLER & ZUKOSKY      DEBTOR ATTY    1,250.00                          1,250.00
TOM VAUGHN                TRUSTEE                                            677.37
DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   12,600.00

PRIORITY                                               .00
SECURED                                             150.00
UNSECURED                                        10,522.63
ADMINISTRATIVE                                    1,250.00
TRUSTEE COMPENSATION                                677.37
DEBTOR REFUND                                          .00
                          ---------------      ---------------
TOTALS                    12,600.00             12,600.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE    2
           CASE NO. 04 B 40632 ELMER P ROBINSON & BRIDGET M ROBINSON